Joseph B. Busch v. James L. Wells.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Benjamin Steinmann and Others v. Eva K. Conlon.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

In the Matter of John J. McDonald, etc.— Motion denied, with ten dollars costs.

Hyman H. Silverman v. Peter P. Cappel.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

In the Matter of Charles T. Yerkes, Deceased.— Motion denied.

Charles F. Muller and Others v. City of Philadelphia and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.

Charles Lehnert, an Infant, etc., v. F. V. Smith Contracting Company. — Motion to dismiss appeal granted, with ten dollars costs.

Michael Lehnert v. F. V. Smith Contracting Company.— Motion to dismiss appeal granted, with ten dollars costs.

John H. Watson v. William Beaver and Others.— Motion to dismiss appeal denied, with ten dollars costs.

Elizabeth R. Briers v. S. Liebmann's Sons Brewing Company.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Patrick J. Connell, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.

Susie G. May v. Lewis A. May.— Motion to dismiss appeal granted, with ten dollars costs.

Charles S. Ackley v. Joseph H. Hoadley, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.

Joseph Schwartz v. Charles J. Dunne and Others.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Catherine Connolly, as Administratrix, etc., of Martin Flanagan, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.

Domenico Castelli v. Alexander S. Burns, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs to abide final determination of appeal, without prejudice, etc., as stated in order.

Julius G. Wetzlar v. Catherine S. Wood and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.

Julius G. Wetzlar v. New York Finance Company and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Lewis Squires v. Fitzhugh Smith Company and Others.— Motion to dismiss appeal granted, with ten dollars costs.